UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PATSY C. DeVICO,

        Plaintiff,

   -against-

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

------------------------------------------------------------X

**CIVIL JUDGMENT**

07 Civ. 11245 (KMW)

**SCANNED**

Pursuant to the order issued _____APR 2 2 2008_____ by the Honorable Kimba M. Wood, Chief Judge, dismissing this action without prejudice, it is,

ORDERED, ADJUDGED AND DECREED: That this action is hereby dismissed without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's order would not be taken in good faith.

                                            _/s/ Wood_
                                          KIMBA M. WOOD
                                          Chief Judge

Dated: APR 2 2 2008
       New York, New York

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____